# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IVAN JIMENEZ, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:19-cv-21546 (DPG) |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFFS' CONSENT MOTION TO MODIFY SCHEDULING ORDER

NOW COME Plaintiffs to respectfully request that the Court modify the 14 January 2021 Scheduling Order. Defendants consent to this Motion.

Plaintiffs have good cause to request this modification. Plaintiffs' primary counsel Kel McClanahan suffered a family medical emergency last week involving a child which severely curtailed his ability to work for approximately a week before it was mostly resolved. After discussing the matter with opposing counsel, Plaintiffs respectfully ask the Court to modify the 9 December 2020 Order as follows:

- Plaintiffs' opposition and cross-motion for summary judgment: 8 February 2021
- Defendants' reply and opposition: 11 March 2021
- Plaintiffs' reply: 2 April 2021

Defendants consent to this Motion. A proposed Order accompanies this Motion.

Date:   January 29, 2021

                        Respectfully submitted,

                        /s/ Kelly B. McClanahan
                        Kelly B. McClanahan, Esq.
                        *Pro hac vice*
                        D.C. Bar #984704
                        National Security Counselors
                        4702 Levada Terrace
                        Rockville, MD  20853
                        301-728-5908
                        240-681-2189 fax
                        Kel@NationalSecurityLaw.org

                        /s/ Andrew F. Knopf
                        Andrew F. Knopf, Esq.
                        FL Bar #658871
                        Paul Knopf Bigger
                        840 South Denning Drive
                        Suite 200
                        Winter Park, FL  32789
                        407-622-2111
                        Andrew@PKBLawFirm.com

                        *Counsel for Plaintiffs*