← Thread                                    🔍 Search Twitter

🐦

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

👤 Profile

··· More

**Tweet**

**National Security Counselors**
@NatlSecCnslrs

FOIA is crazy anyway, but COVID #FOIA is something else entirely. Now different FOIA officers in the same agency have ZERO idea what each other are doing because they're not in the same office, & it allows wonderful little revelations like this to make it out.

12:43 AM · Feb 16, 2021 · Twitter Web App

**2** Retweets   **1** Quote Tweet   **30** Likes

---

**National Security Counselors** @NatlSecCnslrs · 12h
Replying to @NatlSecCnslrs
Most people think that litigation will improve a FOIA response. The idea being, once a lawyer gets hold of it & realizes she has to defend it in court, she'll tell the FOIA office to knock it off with the overredaction.

This is true, SORT OF. However, YMMV w/ different offices.

💬 1   🔁   ♥ 12   📤

**National Security Counselors** @NatlSecCnslrs · 12h
Some agencies will respond exactly the other way. "You had the NERVE to sue US? Well we'll see about THAT." Things that would've been released before are redacted & defended until the death now because you offended them.

TIL that ICE is just such an agency in the most ...

💬 1   🔁   ♥ 15   📤

**National Security Counselors** @NatlSecCnslrs · 12h
hilarious way ever.

So, I have a client who's trying to get a visa. We filed a request with USCIS for his A-file. We got a response in 2019 with a bunch of pages and a note that said that several pages were referred to ICE. OK, fine, whatever.

We then get a release from ICE ...

💬 1   🔁   ♥ 10   📤

**National Security Counselors** @NatlSecCnslrs · 12h
in February 2020. It's pretty lightly redacted. I don't have any major problems with it.

Then COVID hits and for some reason ICE forgets that they sent this response. They start telling the judge that they're working on the referral.

💬 1   🔁   ♥ 12   📤

**National Security Counselors** @NatlSecCnslrs · 12h
Then in June 2020 they make a release. Same documents. Same referral. Now it is so heavily redacted you can barely tell who it's about. I'd show examples but they've got PII in them.

It's pretty clear what happened. The original referral happened before we filed suit. Nobody ...

💬 1   🔁   ♥ 10   📤

**National Security Counselors** @NatlSecCnslrs · 12h
bothered to tell ICE that the request was in litigation, so they just processed it like good, conscientious FOIA officers. Then they forgot they did that.

A few months later, they start getting bothered by a DOJ lawyer asking about the referral.

💬 1   🔁   ♥ 14   📤

**National Security Counselors** @NatlSecCnslrs · 12h
They think, "Well, this asshole sued us, so we'll just withhold everything. (b)(5), (b)(6), (b)(7)(E), you name it. He won't be able to read ANYTHING."

---

**carlos raurell**
@CarlosRaurell

**Relevant people**

**National Security Cou...**    **Follow**
@NatlSecCnslrs
Pub interest law firm for natsec, info/privacy law. 'fatuous' - random Twitter dude. 'Go on The View' - random C-SPAN viewer. Kel @ nationalsecuritylaw dot org

**What's happening**

Tennis · LIVE
**Australian Open: Osaka, Serena Williams and Djokovic among those through to the semis**
Trending with Serena

Trending in United States
**#PancakeDay**
Pancake lovers rejoice as people around the world celebrate Shrove Tuesday
41.9K Tweets

Trending in United States
**Eggman**
3,675 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Washington, DC**

Los Angeles Times ✓ · 3 hours ago
**Actor David Boreanaz speaks out amid Joss Whedon allegations**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More···   © 2021 Twitter, Inc.

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Profile

More

Tweet



1    12

**National Security Counselors** @NatlSecCnslrs · 12h
Except that they DID reply to me. And now I have the mostly unredacted pages. And they're making all these over-the-top claims about how sensitive all this stuff is, with no idea that I'm going to bludgeon them with the fact that, for example, the super secret law enforcement ...

1    1    26

**National Security Counselors** @NatlSecCnslrs · 12h
technique they are protecting is that they asked the FBI (in 1977!) if they had a file on the guy.

1    1    24

**National Security Counselors** @NatlSecCnslrs · 12h
To head off the question, no, in no way am I concerned that someone involved in this case will see this. There's a decent chance that someone who COULD get involved in this case might see it, but I have a feeling they would fight like a rabid tiger to keep from being sucked in.

1    1    13

carlos raurell
@CarlosRaurell