| | |
|---|---|
| **From:** | Raurell, Carlos (USAFLS) |
| **To:** | Kel McClanahan |
| **Cc:** | WiseAS@state.gov; abby.l.meltzer@uscis.dhs.gov |
| **Subject:** | Re: Jimenez FOIA action - 2d Status Update |
| **Date:** | Tuesday, March 10, 2020 7:59:03 AM |

Kel,

We've reached out to ICE for an update as to the records referred to them and are awaiting a response. We are also awaiting an update from State's FOIA unit. I hope to have information for an updated status report soon.
Carlos

On Mar 9, 2020, at 10:38 PM, Kel McClanahan <kel@nationalsecuritylaw.org> wrote:

> Hi Carlos, just circling back to this.
>
> On Wed, Mar 4, 2020 at 11:22 AM Kel McClanahan, Esq. <kel@nationalsecuritylaw.org> wrote:
>> I haven't received anything from anyone. That's part of the reason I never thought about this case.
>>
>> On 3/4/2020 10:57 AM, Raurell, Carlos (USAFLS) wrote:
>>> Kel,
>>>
>>> Have you received any response directly from ICE related to the 26 pages referred by USCIS?
>>>
>>> Carlos
>>>
>>> ---
>>>
>>> **From:** Raurell, Carlos (USAFLS)
>>> **Sent:** Wednesday, March 04, 2020 10:33 AM
>>> **To:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
>>> **Subject:** RE: Jimenez FOIA action - 2d Status Update
>>>
>>> Kel,
>>>
>>> I just reached out to USCIS to ask for the status of the 26 pages responsive to request No. NRC2018089200, which they referred to ICE.
>>>
>>> I also reached out to the State Department for an update on the requests they were still processing when I last communicated with you in October. As soon as I hear back from them I will prepare and send to you an updated status report we can belatedly file.

Carlos

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Wednesday, March 04, 2020 9:51 AM
**To:** Raurell, Carlos (USAFLS) <CRaurell@usa.doj.gov>
**Subject:** Re: Jimenez FOIA action - 2d Status Update
**Importance:** High

Hey Carlos, I haven't heard from you in forever. It looks like this fell between the cracks and neither one of us realized it, and now we're about 3 status reports behind. Can you update this report so we can file it ASAP?

On 10/7/2019 10:19 AM, Raurell, Carlos (USAFLS) wrote:

> Kel,
>
> Please forgive my delay in obtaining an answer to your last question (below). State has advised that it is not conducting supplemental searches for the second and third requests identified in the Status Report (re: Sencion and Munoz, respectively). It has located potentially responsive documents for the fourth request (re: Vasquez) and is reviewing the same.
>
> I've included the foregoing information into the attached Status Report. Please let me know if it is okay to file the Report.
>
> Carlos J. Raurell
>
> Assistant United States Attorney
>
> Southern District of Florida
>
> 99 NE 4th Street
>
> Miami, FL 33132
>
> 305-961-9243
>
> ---
>
> **From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
> **Sent:** Friday, September 20, 2019 12:59 AM
> **To:** Raurell, Carlos (USAFLS) <CRaurell@usa.doj.gov>

**Subject:** Re: Jimenez FOIA action - 2d Status Update

You said that records were located for one of the State searches and would be produced in November. But you didn't say anything about whether or not records have been located for the others. Can you go back and do the same thing if any records have been located for those?

On 9/19/2019 2:20 PM, Raurell, Carlos (USAFLS) wrote:

> Kel,
>
> Attached for your review and input is a second joint status update, which is overdue.
>
> As you will see, OBIM has now completed the searches underway as of the last status update. The results are indicated herein.
>
> As you know, USCIS referred 26 pages of records idenitified in response to request No. NRC2018089200 to ICE. We are working with ICE to expedite processing of those.
>
> State's searches are ongoing.
>
> Please let me know of any changes you feel are necessary or whether it is okay to file.
>
> Thanks.
>
> Carlos
>
> ---
>
> **From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
> **Sent:** Friday, July 26, 2019 10:45 AM
> **To:** Raurell, Carlos (USAFLS)

<CRaurell@usa.doj.gov>
**Subject:** Re: Jimenez FOIA action

I just received an envelope from USCIS that included letters for Counts 4-6.  The letter for Count 4 was dated 5/31/19.  Is this the letter you described as "On or about June 15, 2019, USCIS released all non-exempt responsive records located."?

If so, that was not an accurate statement.  USCIS did not release all non-exempt responsive records located.  They referred 26 pages to ICE.  And I have not heard anything from ICE.  Can you please track down this referral and make sure ICE understands that this is in litigation?  The letter makes no mention of litigation (and in fact goes on at length about the appeal process), so I'm not confident that ICE even knows this case exists.

Thanks, Kel

On 7/3/2019 2:36 PM, Raurell, Carlos (USAFLS) wrote:

> Sorry, I forgot to enter it. The current status of the request made of State, ending in 237, is
>
> CURRENT STATUS: State's search for records potentially responsive to this request is ongoing.
>
> As for the release made on June 15 by DHS, I'll have to confirm to whom it was made.
>
> I will amend the Status Report to indicate the status of the request ending in 237 as set forth above, and Indicate that you have not received the release made on 6/15, but that we will ensure you

get it ASAP.

Subject to these changes, may I proceed to file the status report?

Carlos

On Jul 3, 2019, at 1:48 PM, Kel McClanahan, Esq. <kel@nationalsecuritylaw.org> wrote:

> You also don't have a current status for F-2018-04237
>
> On 7/3/2019 1:14 PM, Raurell, Carlos (USAFLS) wrote:
>
>> Kel,
>>
>> A joint report on the status of the underlying FOIA requests is due today. Here is a draft providing the status according to the defendant agencies. Please let me

know if it is okay to file.

Carlos

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors

"As a general rule, the most successful man in life is the man who has the best information." Benjamin Disraeli, 1880

"Quis custodiet

ipsos custodes?"
("Who will watch
the watchers?")
Juvenal, Satire VI

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed.  It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof.  Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed.  It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof.  Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")

> Juvenal, Satire VI

> ---
> This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.
>
> Kel McClanahan, Esq.
> Executive Director
> National Security Counselors
> Kel@NationalSecurityLaw.org
> 301-728-5908
>
> "As a general rule, the most successful man in life is the man who has the best information."
> Benjamin Disraeli, 1880
>
> "Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
> Juvenal, Satire VI

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

--
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this

email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI