UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21546-CIV-GAYLES

IVAN JIMENEZ, JUAN MACHADO,
JOSE MUNOZ, GUILLERMO SENCION, and
MIGUEL VASQUEZ,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and UNITED STATES
DEPARTMENT OF STATE,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING SUPPLEMENT TO EXHIBIT A TO ITS RESPONSE TO PLAINTIFFS' MOTION TO STAY BRIEFING

    Defendants, U.S. Department of Homeland Security (on behalf of its components Office of Biometric Information Management ("OBIM") and U.S. Citizenship and Immigration Services ("USCIS")) and U.S. Department of State, hereby give notice of filing the attached additional tweets regarding this matter, posted by Plaintiffs' counsel, Kel McClanahan. Mr. McClanahan posted these tweets after Defendants filed their Response to Plaintiff's Motion to Stay Briefing. The tweets are filed to supplement the exhibit of Mr. McClanahan's previous tweets about this matter (Exhibit A to Defendants' Response to Plaintiffs' Motion to Stay Briefing).

Dated: February 16, 2021　　　　　　　Respectfully submitted,
Miami, Florida

                                      ARIANA FAJARDO ORSHAN
                                      UNITED STATES ATTORNEY

                           By:  /s/ Carlos Raurell
                               Carlos Raurell
                               Assistant United States Attorney
                               Florida Bar No. 529893
                               Carlos.Raurell@usdoj.gov
                               United States Attorney's Office

99 NE 4th Avenue, Suite 300  
Miami, Florida 33132  
Telephone: (305) 961-9243  
Facsimile: (305) 530-7139  
Attorneys for the Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2021, I filed the foregoing document with the Clerk of the Court, using the CM/ECF system.

/s/ Carlos Raurell  
CARLOS RAURELL  
Assistant United States Attorney