← **Thread**

🔍 Search Twitter

🏠 Home

\# Explore

🔔 Notifications

✉ Messages

🔖 Bookmarks

👤 Profile

… More

**Tweet**

**National Security Counselors**
@NatlSecCnslrs

I guess I really am a Twitter Lawyer. Contrary to my assumptions, someone on the defense actually read this thread and now the DOJ lawyer is complaining about it to the judge. I just had to file something with the court apologizing for the tone of this thread while still …

> **National Security Counselors** @NatlSecCnslrs · 20h
> FOIA is crazy anyway, but COVID #FOIA is something else entirely. Now different FOIA officers in the same agency have ZERO idea what each other are doing because they're not in the same office, & it allows wonderful little revelations like this to make it out.
> Show this thread

8:31 PM · Feb 16, 2021 · Twitter Web App

**10** Likes

💬          🔁          ♡          ⬆

**National Security Counselors** @NatlSecCnslrs · 22m        …
Replying to @NatlSecCnslrs
maintaining the accuracy of my claims. So I guess my next stop is a Senate confirmation hearing.

💬 2        🔁        ♡ 11        ⬆

**National Security Counselors** @NatlSecCnslrs · 1m        …
LOL at the DOJ lawyer who clearly created a Twitter profile today just so he could print this thread as a court exhibit. (I've redacted the name because it's his real name & I'm the better person, even though he included it--maybe by accident--in his exhibit.)

💬 1        🔁        ♡ 1        ⬆

**National Security Counselors** @NatlSecCnslrs · 1m        …
I'm honestly a little disappointed. I'd hoped the exhibit would reveal the snitch, but alas no joy. If this was intentional on the lawyer's part,

**WELL PLAYED** (GIF)

💬 1        🔁        ♡        ⬆

**carlos raurell**
@CarlosRaurell        …

**Relevant people**

**National Security Cou…**        [Follow]
@NatlSecCnslrs
Pub interest law firm for natsec, info/privacy law. 'fatuous' - random Twitter dude. 'Go on The View' - random C-SPAN viewer. Kel @ nationalsecuritylaw dot org

**What's happening**

NBA · LIVE
**Nuggets at Celtics**
Trending with Jokic

Sports · Trending
**Jaden Ivey**

NHL · Trending
**Zacha**

COVID-19 · LIVE
**COVID-19: News and updates for Maryland**

Weather · Earlier today
**Winter storm slams dozens of states and leaves millions without power**
Trending with #TexasBlackout, Colorado City

