UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IVAN JIMENEZ, *et al.*, | \* |
| Plaintiffs, | \* |
| v. | \* Civil Action No. 1:19-cv-21546 (DPG) |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | \* |
| Defendants. | \* |

**PLAINTIFFS' UNOPPOSED MOTION TO STRIKE AND REPLACE EXHIBIT**

NOW COME Plaintiffs to respectfully ask the Court to strike the Eggleston Declaration filed as Dkt. #29-2 and replace it with the attached redacted version. Defendants take no position on this Motion.

Plaintiffs have good cause to request this relief. This exhibit contains Plaintiff Machado's Alien Identification Number, which is a unique identifier used by the federal government akin to a Social Security Number or Driver's License Number, and which is generally considered to be Personally Identifiable Information inappropriate for filing in court records. (*See*, *e.g.*, Stein Decl. Exs., Dkt. #29-4, at 2, 23, 47 (filed Oct. 7, 2020) (redacting such immigration-related PII as Alien Numbers and passport numbers).) Given that this one mention in the Eggleston Declaration is the only instance in which such information appears in Defendants' filings, it appears that its inclusion may have been inadvertent. In any case, it is not a relevant piece of information, and Plaintiffs stipulate that the redacted number is one of the Alien Identification Numbers assigned by the federal government to Machado.[1]

---

[1] For unknown reasons, Machado appears to have two Alien Identification Numbers, both of which appear in his records. Machado does not know the cause of this discrepancy, but he is

      A proposed Order accompanies this Motion.

Date: April 12, 2021

                                                Respectfully submitted,

                                                /s/  Kelly  B.  McClanahan  
                                               Kelly B. McClanahan, Esq.  
                                               *Pro hac vice*  
                                               D.C. Bar #984704  
                                               National Security Counselors  
                                               4702 Levada Terrace  
                                               Rockville, MD  20853  
                                               301-728-5908  
                                               240-681-2189 fax  
                                               Kel@NationalSecurityLaw.org

                                               /s/  Andrew  F.  Knopf  
                                               Andrew F. Knopf, Esq.  
                                               FL Bar #658871  
                                               Paul Knopf Bigger  
                                               840 South Denning Drive  
                                               Suite 200  
                                               Winter Park, FL 32789  
                                               407-622-2111  
                                               Andrew@PKBLawFirm.com

                                             *Counsel for Plaintiffs*

---

willing to accept that the number that government agencies are currently using is the redacted one. Accordingly, he has no objection to the inclusion of the now-obsolete Alien Number in public filings, since its use by a third party would not have a reasonable expectation of harming him.