## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IVAN JIMENEZ, *et al.*, | * | |
| | * | |
|    Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:19-cv-21546 (DPG) |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | * | |
| | * | |
|    Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' PARTIALLY UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE

Defendants have asked this Court without any support to deprive Plaintiffs of the right to file a reply brief to their properly filed cross-motion for summary judgment. The Court should deny this meritless Motion.

Defendants appear to take issue with the mere idea of plaintiffs in a Freedom of Information Act ("FOIA") case filing a cross-motion which is identical to their opposition to the Government's motion. However, not only is this common practice in FOIA litigation, as demonstrated by the testimony of David Bahr, a nationally respected FOIA litigator with experience in courts across the country (Bahr Decl. ¶¶ 11-13, attached as Ex. A), but it is a technique that Defendants' counsel *himself* has employed *this year*. *See* Defs.' Resp. Pl.'s Mot. Summ. J. & Cross-Mot. Summ. J., Dkt. #41, *passim* (filed Dec. 7, 2020), *Villanueva v. DOJ*, No. 19-23452 (S.D. Fla.) (cross-motion filed with opposition brief); *see also* Defs.' Reply Pl.'s Resp. Defs.' Cross-Mot. Summ. J., Dkt. #50, *passim* (filed Jan. 14, 2021), *Villanueva* (reply filed to cross-motion).

Date:   April 12, 2021

                                                  Respectfully submitted,

                                                  /s/ Kelly B. McClanahan
                                                Kelly B. McClanahan, Esq.
                                                *Pro hac vice*
                                                D.C. Bar #984704
                                                National Security Counselors
                                                4702 Levada Terrace
                                                Rockville, MD  20853
                                                301-728-5908
                                                240-681-2189 fax
                                                Kel@NationalSecurityLaw.org

                                                /s/ Andrew F. Knopf
                                                Andrew F. Knopf, Esq.
                                                FL Bar #658871
                                                Paul Knopf Bigger
                                                840 South Denning Drive
                                                Suite 200
                                                Winter Park, FL  32789
                                                407-622-2111
                                                Andrew@PKBLawFirm.com

                                                *Counsel for Plaintiffs*