UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-21546-cv-DPG

IVAN JIMENEZ, JUAN MACHADO,
JOSE MUNOZ, GUILLERMO SENCION
and MIGUEL VASQUEZ,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and UNITED
STATES DEPARTMENT OF STATE,

        Defendants.
_____/

**ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation (the "Report"), [ECF No. 86], regarding: (1) Defendants', United States Department of Homeland Security and United States Department of State, Motion for Summary Judgment (hereafter, "Motion"), [ECF No. 29]; and (2) Plaintiffs', Ivan Jimenez, Juan Machado, Jose Muñoz, Guillermo Sencion, and Miguel Vasquez, (together, "Plaintiffs"), Cross-Motion for Summary Judgment (hereafter, "Cross-Motion"), [ECF No. 62]. On December 6, 2021, the action was referred to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on the parties' respective motions. [ECF No. 83]. Following briefings and a hearing on February 9, 2022, Judge Otazo-Reyes issued her report on February 24, 2022, recommending that Defendants' Motion be granted, Plaintiffs' Cross-Motion be denied, and Final Judgment be entered

in favor of Defendants (the "Report"). [ECF No. 86]. Plaintiffs have timely objected to the Report. [ECF No. 99].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the motions and the record, the Court agrees with Judge Otazo-Reyes' well-reasoned analysis and conclusion that Defendants' Motion should be granted and Plaintiffs' Cross-Motion should be denied.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Otazo-Reyes' Report and Recommendation, [ECF No. 86], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Defendants' Motion for Summary Judgment, [ECF No. 29], is **GRANTED**.

(3) Plaintiffs' Cross-Motion for Summary Judgment, [ECF No. 62], is **DENIED**.

(4) Final Judgment is entered in favor of Defendants as to Counts I–X.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of November, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE